UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

          JIM FARES,                                         ADMINISTRATIVE
                                                                      ORDER
                    v.                                         14 CIV 5289

         PETER LANKAU, et al.,
------------------------------------------------------------X

       IT APPEARING that an action entitled *Jim Fares v. Peter Lankau, et al.*, Case No. 1:14-civ-5289, has been transferred to the Southern District of New York pursuant to an order of the Honorable Sue L. Robinson in the District of Delaware; and

       IT FUTHER APPEARING that Frank Sica, husband of one of the judges of this Court, is a defendant in that action; and

       IT FURTHER APPEARING that the Honorable Lewis A. Kaplan, the judge to whom the case was initially assigned, has recused himself;

       IT IS THEREFORE DETERMINED that, pursuant to 28 U.S.C § 455(a), all United States District Judges of the Southern District of New York are disqualified from presiding in case 1:14-civ-5289; and

       IT WILL THEREFORE BE REQUESTED that the Chief Judge of the Second Circuit Court of Appeals designate a judge from outside the Southern District of New York but from within the Second Circuit, pursuant to 28 U.S.C. § 292(b), to perform the duties of United States District Judge temporarily for the Southern District of New York for the specific case *Jim Fares v. Peter Lankau, et al.*, Case No. 1:14-civ-5289 and all related matters.

July 21, 2014

                                                                   Loretta A. Preska
                                                                    Chief Judge